UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 12-159-JST (CWx)                                    Date:  April 12, 2012
Title:  Robert Davis v. Wells Fargo Bank, N.A., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|  Ellen Matheson  |  N/A  |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                          Not Present

**PROCEEDINGS:**   **(IN CHAMBERS)  ORDER (1) DENYING AS MOOT DEFENDANT'S MOTION FOR RECONSIDERATION AND CLARIFICATION (Doc. 20), and (2) REMANDING ACTION TO ORANGE COUNTY SUPERIOR COURT, CASE NO. 30-2012-00537322**

  Before the Court is Defendant Wells Fargo Bank, N.A.'s Motion for Clarification and Reconsideration of February 13, 2012 Order Staying Action and Setting Readiness Conference and Loan Modification Settlement Conference ("Motion").  (Doc. 20).  Because the Court concludes that it lacks subject matter jurisdiction, as discussed below, Defendant's Motion is DENIED AS MOOT and this action is REMANDED to Orange County Superior Court.

  Where a federal district court lacks subject matter jurisdiction, it must remand the case, and has the discretion to do so sua sponte.  *See Kelton Arms Condo. Owners Ass'n, Inc. v. Homestead Ins. Co.*, 346 F.3d 1190, 1192 (9th Cir. 2003) (citing 28 U.S.C. § 1447(c)).  Furthermore, "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded."  28 U.S.C. § 1447(c).  Here, Defendants removed this action from the Orange County Superior Court on the basis of diversity jurisdiction.  (Notice of Removal at 2-6, Doc. 1.)  In their Notice of Removal, Defendants assert that Plaintiff is a citizen of California (*id.* at 2-3), Defendant Wells Fargo Bank, N.A. ("Wells Fargo") is a citizen of South Dakota (*id.* at 3-6), and Defendant Regional Trustee Services Corporation is a citizen of Washington (*id.* at 3).  Specifically, Removing Defendants assert that under *Wachovia Bank v. Schmidt*, 546 U.S. 303 (2006) and its progeny, a national banking association is a citizen only of the state in which its main office, as set forth in its articles of incorporation, is located.  (*Id.* at 4-6.)  For the reasons set forth in this Court's Order Granting Motion to Remand, *Fry v. America's Servicing Co.*, No. 8:12-cv-00106-JST (MLGx) (C.D. Cal.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 12-159-JST (CWx)                                                              Date:  April 12, 2012
Title:  Robert Davis v. Wells Fargo Bank, N.A., et al.

Apr. 11, 2012), ECF No. 30, the Court disagrees with this assertion, and concludes that a national bank is also a citizen of the state in which its principal place of business is located.  Accordingly, Wells Fargo is a citizen of California, and the requirement of complete diversity is not met.  Therefore, the Court REMANDS this action to the **Orange County Superior Court, Case No. 30-2012-00537322.**

Initials of Preparer:  enm